MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael A. Faillace [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
Telephone:   (212) 317-1200
Facsimile:   (212) 317-1620
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LUIS LOPEZ, EDGAR GARCIA, ANGEL
NACIPUCHA, JULIO HERNANDEZ,
MANUEL CAMPOVERDE, VICTOR
AVILA, FREDY CAJAMARCA and
MANUEL OLMEDO *individually and on
behalf of others similarly situated,*
                              Plaintiffs,

             -against-                                              **ECF Case**

MADISON GLOBAL LLC, MAIN LLC, MS
GLOBAL HOLDING CORP., MAJESTATE
TANTUM LLC, NELLO SUMMERTIME
LLC, NELLO (CATERING) LLC, NELLO
(FOOD) LLC, 999 RESTAURANT CORP.,
K-2 REST. CORP., TD SOURCE, INC.,
MIDTOWN TECHNOLOGIES INC., NELLO
NY LTD., NELLO ON MADISON, INC.,
1350 SIXTH AVENUE CORP. d/b/a/ NELLO,
NELLO BALAN, THOMAS MAKKOS,
GEORGE MAKKOS and PAUL NICAJ,
                              *Defendants.*
------------------------------------------------------------X

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Jose Aguaiza79-11 41st St.

Apt. a511Elmhurst, Ny 11373

_____