# AFFIDAVIT OF SERVICE

**State of NEW YORK**          **County of SOUTHERN DISTRICT**          **U S District Court**

Index Number: 12 CIV 3060
Date Filed: 4/18/2012

RLL2012000470

Plaintiff:
**LUIS LOPEZ, et al**

vs.

Defendant:
**MADISON GLOBAL LLC, et al**

For:
Michael Faillace
Michael Faillace and Associates, PC.
110 East 59th Street
32nd Floor
New York, NY  10022

Received by Lawson Legal Services to be served on **THOMAS MAKKOS, 696 MADISON AVENUE, NEW YORK, NY 10065**.

I, Robert L. Lawson, being duly sworn, depose and say that on the **30th day of April, 2012 at 3:40 pm, I**:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with **JOHN SIMION at 696 MADISON AVENUE, NEW YORK, NY 10065**, the said premises being the respondent's place of **Work** within the State of New York.  Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** in a postpaid envelope addressed to: **696 MADISON AVENUE, NEW YORK, NY 10065** and bearing the words "Personal & Confidential" by First Class Mail on **5/1/2012** and placed in an official depository of the U.S.P.S. in the State of New York. RPAPL 735 - One copy of the above named process was also sent by CERTIFIED MAIL to the defendant/respondent to the above address.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served:  Age: 50s,  Sex: M,  Race/Skin Color: White,  Height: 5'9",  Weight: 150,  Hair: Brown,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the ____ day of _____, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

HENRIETTA KWATENG
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KW6176773
Qualified In Bronx County
My Commission Expires November 05, 20__

Robert L. Lawson

Lawson Legal Services
1510 Castle Hill Avenue
Suite 333
Bronx, NY 10462
(646) 667-3437
Our Job Serial Number: RLL-2012000470

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t