```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 9 2012
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 500 PEARL STREET
### NEW YORK, NEW YORK 10007
### 212 805 0266

The Clerk of Court is Directed to:
___ Term motion (doc. # ___)
✓ Doc. and File As: Notice

Chambers of
**Hon. Paul Oetken**
United States District Judge

Date: July 9th, 2012

## SCHEDULING NOTICE

Case #  **12 CV 3060(JPO)**

The matter of  **Luis Lopez, et al.-v- Madison Global, et al.**  has been scheduled for a conference before the Hon. Paul Oetken, United States District Judge, for **Friday, September 14th, 2012**, at **10:30am** in Courtroom 15D.

**PLEASE NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE <u>IMMEDIATELY</u>**

Brandon Skolnik
Courtroom Deputy
United States District Court