UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LUIS LOPEZ, et al.
                              Plaintiff(s),

       -against-

MADISON GLOBAL, et al.,
                              Defendant(s).

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 1 0 2012

12 Civ. 3060 (JPO)

**AMENDED** NOTICE OF
INITIAL PRETRIAL
CONFERENCE

J. PAUL OETKEN, District Judge:

      This case has been assigned to the undersigned for all purposes. Counsel for all parties are directed to appear for an initial pretrial conference with the Court, at the time and place listed below. By the date of the initial pretrial conference, counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing. Counsel who appear at the initial pretrial conference must be authorized to negotiate terms of settlement.

      Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference. Counsel are further directed to use the Court's Civil Case Management Plan and Scheduling Order form (the "Form") to jointly prepare a detailed written proposed schedule for any motions and discovery. Counsel should type entries into this Form using a copy of the Form available at http://nysd.uscourts.gov/judge/Oetken.

      The parties shall fax to Chambers a copy of the completed Form at least three business days prior to the date of the conference. Prior to the date of the conference, each party must also send the Court one courtesy copy of all of that party's pleadings.

      If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination

1

is sent prior to the date of the conference via email to the Orders and Judgment Clerk at the following email address: orders_and_judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time. Counsel are directed to appear promptly.

Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

All counsel receiving this order are directed (i) to notify all other parties' attorneys in this action by serving upon each of them a copy of this notice and the Court's individual practices (available at the Court's website, http://nysd.uscourts.gov/judge/Oetken) forthwith, and (ii) to file proof of such notice with the Court. If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of the notice and practices to that party personally.

Date and place of conference: *August 3, 2012 at 2:30pm at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 15D.

*The previous IPTC scheduled for Friday, September 14th, 2012, is hereby adjourned to the new date above.

Dated: New York, New York
       July 10, 2012

_____
J. PAUL OETKEN
United States District Judge

2