UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LUIS LOPEZ, et al., :
                         Plaintiffs, :
: 12 Civ. 3060 (JPO)
-v- :
: ORDER
MADISON GLOBAL LLC, et al., :
                         Defendants. :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 3 2013

J. PAUL OETKEN, District Judge:

Courts must review all settlements of cases brought under the Fair Labor Standards Act. *Wolinsky v. Scholastic*, 2012 WL 2700381, at *2 (S.D.N.Y. July 5, 2012). The Clerk of Court is directed to reopen the case for that purpose, and the parties are directed to submit a copy of the settlement agreement to the Court for the Court's review and for publication on the public docket.

SO ORDERED.

Dated: New York, New York
       April 18, 2013

_____
J. PAUL OETKEN
United States District Judge