UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS LOPEZ, *et al.*,

    Plaintiffs,

-against-

MADISON GLOBAL LLC, *et al.*,

    Defendants.

Civ. Action No. 12 CIV 3060 (JPO)

**ECF CASE**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**



IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action be and is hereby dismissed in its entirety as against all Defendants, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

By: _____
Michael Faillace

*Attorneys for Plaintiff*
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 2020
New York, New York 10165
(212) 317-1200

Date: _____, 2013

By: _____
Felice B. Ekelman
Joanna S. Smith

*Attorneys for Defendants*
JACKSON LEWIS LLP
666 Third Avenue
New York, New York 10017
Tel.: (212) 545-4000

Date: April 1, 2013

SO ORDERED:

_____
HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

Dated: June 18, 2013
New York, New York